HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
ANGEL BORJON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:14-CR-00175- GEB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| ANGEL BORJON, | ) ) | DATE: January 16, 2015 TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through JOSH SIGAL, Assistant U.S. Attorney and defendant ANGEL BORJON by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for December 12, 2014 be continued to January 16, 2014 at 9:00 a.m.

Specifically, defense counsel needs additional time to review discovery with the defendant and continue investigating the facts of the case.

The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T-4).

///

-1-

| | | |
|---|---|---|
| DATED: December 09, 2014 | | Respectfully submitted, |

HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin Galloway*
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
ANGEL BORJON

DATED: December 09, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Josh Sigal*
JOSH SIGAL
Assistant U.S. Attorney
Attorney for Plaintiff

## O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including January 16, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the December 12, 2014 status conference shall be continued until January 16, 2015, at 9:00 a.m.

Dated: December 9, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge