| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | Benjamin D. Galloway, #214897<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710<br>benjamin.galloway@fd.org |
| 5 | |
| 6 | Attorney for Defendant<br>ANGEL BORJON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case № 2:14-CR-00175- GEB |
|---|---|
| Plaintiff, | (**AMENDED**) STIPULATION AND [PROPOSED] ORDER |
| v. | TO CONTINUE STATUS CONFERENCE |
| ANGEL BORJON, | |
| Defendant. | DATE: February 6, 2015<br>TIME 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Josh Sigal Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorney for ANGEL BORJON, that the status conference scheduled for January 16, 2015 be vacated and be continued to February 6, 2015 at 9:00 a.m.

Defense counsel requires additional time to review discovery with the defendant and pursue investigation, as well as continue negotiations toward a non-trial disposition.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including February 6, 2015, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

///

-1-

*Stipulation and [Proposed] Order to Continue Status Conference*

| | | |
|---|---|---|
| DATED: January 13, 2015 | | Respectfully submitted,<br>HEATHER E. WILLIAMS<br>Federal Defender |
| | | */s/ Benjamin D. Galloway*<br>Benjamin D. Galloway<br>Assistant Federal Defender<br>Attorney for Angel Borjon |
| DATED: January 13, 2015 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | | */s/ Benjamin D. Galloway for*<br>Josh Sigal<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including February 6, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the January 16, 2015 status conference shall be continued until February 6, 2015, at 9:00 a.m.

Dated: January 13, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge